# United States Court of Appeals for the Federal Circuit

ERRATUM

July 14, 2005

Appeal No. 03-1269,-1286

Phillips v. AWH Corp.

Decided: July 12, 2005                    Precedential Opinion

Change the opinion as follows:

On page 28, at line 15 of the text, change "the dictionary definition does contradict any definition found in" to "the dictionary definition does not contradict any definition found in"